# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 19, 2014

### NO. 03-14-00128-CV

**Billy Zvonek and Uptown Cars Inc., Appellants**

**v.**

**Jose Duran and Maria Duran, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on December 3, 2013. Having reviewed the record, the Court holds that Billy Zvonek and Uptown Cars Inc. have not prosecuted their appeal and did not respond to an order from this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.